UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                            CASE NO. 1:05-CR-163

JAMOKENTAYETTE CURTIS HAMPTON,            HON. ROBERT HOLMES BELL

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on defendant's Motion for Modification or Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2), (ECF 1030).  Based on a review of defendant's motion, the Sentence Modification Report, submission by counsel on behalf of the defendant, and the original criminal file, the Court has determined that the motion should be denied.  The Court finds the defendant ineligible for a reduction of sentence due to the quantity used to drive the guideline exceeds 4,500 grams and the new calculation does not result in a lower guideline range.

IT IS HEREBY ORDERED that Defendant Hampton's Motion for Reduction of Sentence (ECF No. 1030) is DENIED.

Dated: May 20, 2016                            /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     UNITED STATES DISTRICT JUDGE