UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 1:05-cr-163-03

                Plaintiff,                    Hon. Paul L. Maloney
                                              U.S. District Judge

    v.

JAMOKENTEYATTE CURTIS HAMPTON,

                Defendant.

_____/

## **ORDER OF DETENTION**

Defendant Jamokenteyatte Curtis Hampton appeared before the undersigned on May 17, 2021 for initial appearance on the Probation Petition for Offender Under Supervision. (ECF Nos. 1655.)  Hampton was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1.  Attorney Lucas Dillon, Sr., has been appointed to represent Hampton.

This Court held a hearing on detention on May 20, 2021 by video conference with Defendant's consent.

Pursuant to Fed. R. Crim. P. 32.1(a)(6), Hampton has the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community.  The Court finds, for the reasons stated on the record, that Hampton has shown that he is not a flight risk.  But the Court finds that Hampton has not shown by clear and convincing evidence that his release will not pose a danger to any other person or to the community.  Accordingly, the Court orders Defendant Hampton detained pending further order of the Court.

IT IS ORDERED.

Date:   May 21, 2021          /s/ *Maarten Vermaat*

MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE